IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEANNA PRESTON,

    Plaintiff,

v.                                               No. CIV 15-1029 SMV/LAM

DANIEL BRAWLEY, et al.,

    Defendants.

## ORDER GRANTING IN PART DEFENDANTS' MOTION TO STAY

**THIS MATTER** is before the Court on *Defendants' Expedited Motion for an Order Staying All Proceedings, Deadlines, and Discovery (Doc. 39)*, filed November 18, 2016. The same day, the Court entered an *Order Setting Expedited Briefing Schedule (Doc. 40)*, and, on November 21, 2016, Plaintiff filed a response to the motion stating: "Counsel for the parties have conferred and reached a stipulation agreeing to the requested relief with Defendant/Appellees' agreement to supplement the responses to First Written Discovery directed to Defendant Daniel Brawley." [*Doc. 41*]. Therefore, the Court will grant Defendants' request to stay the case management and discovery deadlines, and to vacate the settlement conference, pending a ruling on *Defendants' Motion for Summary Judgment and Qualified Immunity (Doc. 38)*. However, the Court will not grant Defendants' request to stay <u>all</u> proceedings in this case, since this case needs to proceed as to Defendants' motion for summary judgment.

**IT IS THEREFORE ORDERED** that *Defendants' Expedited Motion for an Order Staying All Proceedings, Deadlines, and Discovery (Doc. 39)* is **GRANTED in part** and **DENIED in part**, and the case management and discovery deadlines in this case are **STAYED**

pending the resolution of *Defendants' Motion for Summary Judgment and Qualified Immunity (Doc. 38)*.  The Court will vacate the December 5, 2016 settlement conference by separate order.

    **IT IS SO ORDERED.**

                                */s/ Lourdes A. Martínez*
                                **LOURDES A. MARTÍNEZ**
                                **UNITED STATES MAGISTRATE JUDGE**