# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**DEANNA PRESTON,**

    Plaintiff/Appellant,

v.                                                 No. 2:15-cv-01029-SMV/LAM

**COUNTY OF LINCOLN,**
**SHERIFF ROBERT SHEPPERD**
**As Sheriff of Lincoln County and**
**In his individual capacity; DANIEL**
**BRAWLEY and KEVIN KENNEDY**
**Officially and in their individual capacity;**
**KENNETH CRAMER individually and in his**
**capacity as Undersheriff,**

    **Defendants/Appellees.**

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the Stipulated Motion to Dismiss with Prejudice Plaintiff/Appellant's claims against Defendants/Appellees. The Court, having considered the Stipulated Motion and having been advised that the parties jointly agree to dismissal of all claims which were brought or could have been brought by appellant, FINDS that the Stipulated Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that all claims that have been or might have been brought by plaintiff/appellant in this case are hereby dismissed with prejudice.

Each party shall bear its own costs and attorneys' fees.

                                                                                 _____
                                                                                 HONORABLE STEPHAN M. VIDMAR
                                                                                 UNITED STATES MAGISTRATE JUDGE

Respectfully submitted:

WALLIN, HUSS & ASSOCIATES, LLC


*/s/ Brandon Huss*
Brandon Huss
Dennis K. Wallin
P.O. Box 696
Moriarty, NM 87035
(505) 832-6363
bh@whmlawfirm.com
dkw@whmlawfirm.com
*Attorneys for Defendants/Appellees*



Approved:


*Electronically approved 4/14/17*
J. Robert Beauvais
J. Robert Beauvais, PA
P.O. Box 2408
Ruidoso, NM 88345
575-257-6321
jrblaw@windstream.net
*Attorney for Plaintiff/Appellant*